**Stephen K. JOHNS and Doyle J. Williams, Plaintiffs/Appellants,**

v.

**Mark SCAMAN, et al., Defendants/Respondents.**

**No. 60936.**

Missouri Court of Appeals, Eastern District, Division One.

June 23, 1992.

Application to Transfer Denied Sept. 23, 1992.

Stephen K. Johns, pro se.

Doyle J. Williams, pro se.

William L. Webster, Atty. Gen., Barbara J. Wood, Asst. Atty. Gen., Jefferson City, for defendants/respondents.

### ORDER

PER CURIAM.

Plaintiffs appeal from a directed verdict entered against them in this court-tried § 1983 suit against prison officials. We affirm. The trial court did not err and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for

---

our order affirming the judgment pursuant to Rule 84.16(b).